

# Fourth Court of Appeals
## San Antonio, Texas

October 11, 2018

No. 04-18-00592-CR

Roberto **PEREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 14022CR
Honorable Enrique Fernandez, Judge Presiding

# O R D E R

Lisa Traslavina's notification of late record is hereby NOTED. The reporter's record is due no later than November 20, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of October, 2018.

_____
Keith E. Hottle
Clerk of Court